570 A.2d 983

STATE OF NEW JERSEY v. CALVIN DAVIS.

December 5, 1989.

Petition for certification denied.

---

570 A.2d 983

STATE OF NEW JERSEY v. PETRO RADZIWIL.

December 5, 1989.

Petition for certification granted.   (See 235 *N.J.Super.* 557, 563 *A.*2d 856)

---

570 A.2d 983

STATE OF NEW JERSEY v. JOSEPH MALBA.

December 5, 1989.

Petition for certification denied.

---

570 A.2d 984

STATE OF NEW JERSEY v. LUIS ORTIZ.

December 5, 1989.

Petition for certification denied.

---

570 A.2d 984

STATE OF NEW JERSEY v. KATHLEEN TORREZ.

December 5, 1989.

Petition for certification denied.